# Printable page

**PARID: M57 00501 0043**
**PARCEL LOCATION: 20 ROCKRIDGE RD**                               **NBHD CODE: C2201000**

| Tax Year | Total Value | Assessment Reason | |
|---|---|---|---|
| 1999 | 848,250 | MISCELLANEOUS REASONS | |
| 2000 | 848,250 | MISCELLANEOUS REASONS | |
| 2001 | 848,250 | MISCELLANEOUS REASONS | |
| 2002 | 3,646,120 | REAPPRAISAL | |
| 2003 | 3,646,120 | | |
| 2004 | 3,646,120 | | |
| 2005 | 3,974,270 | TRIENNIAL | |
| 2006 | 3,974,270 | | |
| 2007 | 1,599,860 | BOARD OF REVISION | |
| 2008 | 1,949,860 | BOARD OF REVISION | |
| 2009 | 1,949,860 | BOARD OF REVISION | |
| 2010 | 1,399,860 | BOARD OF REVISION | |
| 2011 | 1,400,000 | BOARD OF REVISION | |
| 2012 | 1,400,000 | BOARD OF REVISION | |
| 2013 | 1,400,000 | BOARD OF REVISION | |
| 2014 | 1,471,380 | REAPPRAISAL | |
| 2015 | 1,471,380 | | |
| 2016 | 1,471,380 | | |
| 2017 | 1,458,970 | TRIENNIAL | |
| 2018 | 1,458,970 | | |
| 2019 | 1,458,970 | | |
| 2020 | 1,600,000 | BOARD OF REVISION | |
| 2021 | 1,600,000 | | |
| 2022 | 1,600,000 | | |
| 2023 | 2,016,000 | TRIENNIAL | |
| 2024 | 2,016,000 | | |