Form a0prohac
(9/23)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

*In re*:

    Dayton Hotels 2, LLC

        *Debtor.*

TAX ID:   83−0600707

Case No. 25−52719
Chapter 11
Judge Mina Nami Khorrami

---

**NOTICE OF FEE DUE AND REQUIRED CM/ECF REGISTRATION**

---

    Notice is hereby given that a fee is due and owing from David S. Catuogno for the motion to appear pro hac vice filed on July 7, 2025. (Doc. 44.) Notice is also given that, pursuant to ECF Administrative Procedure 2(a), any attorney granted pro hac vice admission must register with the Bankruptcy Court's ECF system.

    Payment must be remitted to the United States District Court for the Southern District of Ohio within **14 days** of the entry of this Notice. Failure to pay the fee within 14 days may result in a revocation of the admission order or other action as determined by the Bankruptcy Court. **The Bankruptcy Court cannot accept payment for this fee under any circumstances.**

    This fee must be paid via credit card at https://pay.gov/public/form/start/1198230742. Paper checks are not accepted.

    The current fee for motions to appear pro hac vice can be found here:

https://www.ohsd.uscourts.gov/court−fee−schedule−and−payment−information.

    For information about registering for access to the Bankruptcy Court's ECF system, visit https://www.ohsb.uscourts.gov. Notices of electronic filing will not be issued to an attorney who has not registered with the Bankruptcy Court's ECF system and filed a notice of appearance or other electronic document in the above−captioned case.

Dated: July 9, 2025

                                    FOR THE COURT:
                                    Richard B. Jones
                                    Clerk, U.S. Bankruptcy Court