**Fill in this information to identify the case:**

Debtor name    **Dayton Hotels 2, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:25-bk-52719**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    **3,600,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $    **265,650.67**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $    **3,865,650.67**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **4,606,043.95**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **36,717.78**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **28,328.49**

4.    Total liabilities .................................................................................................
   Lines 2 + 3a + 3b    |    $    **4,671,090.22**

**Fill in this information to identify the case:**

Debtor name  **Dayton Hotels 2, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)  **2:25-bk-52719**

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$100.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **US Bank** | **Checking** | **4405** | **$195,372.86** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       **$195,472.86**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| Debtor | **Dayton Hotels 2, LLC** | | Case number *(If known)* | **2:25-bk-52719** |
|---|---|---|---|---|
| | Name | | | |

11b. Over 90 days old:        11,659.51        -        10,801.70        =....        $857.81

                               face amount                doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                          $857.81
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies Furniture, Applicances, Room Items, Fixtures, breakfast Items, room supplies and cleaning supplies** | | $0.00 | | $63,500.00 |

---

23.    **Total of Part 5.**                                                          $63,500.00
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       □ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       □ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       □ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Debtor | **Dayton Hotels 2, LLC** | Case number *(If known)* **2:25-bk-52719** |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="4"><strong>Part 7:</strong>    <strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desk and Desk Chair** | **$0.00** | | **$70.00** |
| | **Meeting Rooms: Tables, Chairs, and TV** | **$0.00** | | **$300.00** |
| | **Lobby : Dining Tables, Dining Chairs, Computers, Printer, TVs, Guest Washers, Guest Dryers, Phone System** | **$0.00** | | **$1,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers and Printers** | **$0.00** | | **$250.00** |
| | **Laundry Equipment** | **$0.00** | | **$2,500.00** |
| | **Ice Machines** | **$0.00** | | **$1,000.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$5,620.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

<table>
<tr><td colspan="4"><strong>Part 8:</strong>    <strong>Machinery, equipment, and vehicles</strong></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor    **Dayton Hotels 2, LLC**                                    Case number *(If known)* **2:25-bk-52719**
          <sub>Name</sub>

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **Fitness Room Equipment**                              $0.00                              $200.00

51.    **Total of Part 8.**                                                              $200.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **20 Rockridge Road, Englewood, Ohio 45322 Debtor's estimated value. Subject to adjustment upon professional appraisal.** | Fee simple | $0.00 | N/A | $3,600,000.00 |

56.    **Total of Part 9.**                                                              $3,600,000.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Debtor | **Dayton Hotels 2, LLC** | Case number *(If known)* **2:25-bk-52719** |
|---|---|---|
| | Name | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable**<br>Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential Causes of Action against Janus Hotel Management Services, LLC**<br>**Amount requested to be determined** | **Unknown** |
| Nature of claim | |
| Amount requested | $0.00 |
| **Potential Causes of Action against RSS WFCM2019-C50-OH WG2, LLC and its predecessors in interest including but not limited to Wilmington Trust**<br>**Amount requested to be determined** | **Unknown** |
| Nature of claim | **Breach of contract and related claims** |
| Amount requested | $0.00 |
| **Annette Bell v Best Western et al**<br>**2025 CV 03113**<br>**Amount requested to be determined** | **Unknown** |
| Nature of claim | **Potential Counterclaims** |
| Amount requested | $0.00 |
| **Potential Causes of Action against Best Western International**<br>**Amount requested to be determined** | **Unknown** |
| Nature of claim | |
| Amount requested | $0.00 |

| Debtor | **Dayton Hotels 2, LLC** | Case number *(If known)* | **2:25-bk-52719** |
|---|---|---|---|
| | Name | | |

**Potential Causes of Action against Westfield Insurance
Company**
**Amount requested to be determined**                                                                                                                          **Unknown**

Nature of claim

Amount requested                              $0.00

---

**Potential Causes of Action against Starr Specialty
Insurance Company**
**Amount requested to be determined**                                                                                                                          **Unknown**

Nature of claim

Amount requested                              $0.00

---

**Potential Causes of Action against Ategrity Specialty
Insurance Company**
**Amount requested to be determined**                                                                                                                          **Unknown**

Nature of claim

Amount requested                              $0.00

---

**Potential Causes of Action against Starstone Specialty
Insurance Company**
**Amount requested to be determined**                                                                                                                          **Unknown**

Nature of claim

Amount requested                              $0.00

---

**Potential Causes of Action against PNC Midland**
**Amount requested to be determined**                                                                                                                          **Unknown**

Nature of claim

Amount requested                              $0.00

---

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                                                                                         $0.00

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Dayton Hotels 2, LLC**_____   Case number *(If known)*  **2:25-bk-52719**
         Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $195,472.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $857.81 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $63,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,620.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $3,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $265,650.67 | + 91b. $3,600,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,865,650.67 |

**Fill in this information to identify the case:**

Debtor name **Dayton Hotels 2, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known) **2:25-bk-52719**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Montgomery County Treasurer**<br>Creditor's Name<br><br>**451 West Third Street Dayton, OH 45422**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**20 Rockridge Road, Englewood, Ohio 45322 Debtor's estimated value. Subject to adjustment upon professional appraisal.** | $31,043.95 | $3,600,000.00 |
| Creditor's email address, if known | **Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. RSS WFCM2019-C50-OH WG2, LLC**<br>**2. Montgomery County Treasurer** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** **RSS WFCM2019-C50-OH WG2, LLC**<br>Creditor's Name<br><br>**200 South Biscayne Blvd., Suite 3550 Miami, FL 33131**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**20 Rockridge Road, Englewood, Ohio 45322 Debtor's estimated value. Subject to adjustment upon professional appraisal.** | $4,575,000.00 | $3,600,000.00 |
| Creditor's email address, if known | **Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No | | |
| **Date debt was incurred** | | | |

| Debtor | **Dayton Hotels 2, LLC** | | Case number (if known) | **2:25-bk-52719** |
|---|---|---|---|---|
| | Name | | | |

                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| **Specified on line 2.1** | ■ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Tami Kirby, Esq.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **NOTICE ONLY** | | |
| | **Porter Wright Morris & Arthur, LLP** | **Attorney for RSS** | | |
| | **1 S. Main Street, Suite 1600** | | | |
| | **Dayton, OH 45402** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Walter Reynolds, Esq.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **NOTICE ONLY** | | |
| | **Porter Wright Morris & Arthur, LLP** | **Attorney for RSS** | | |
| | **1 S. Main Street, Suite 1600** | | | |
| | **Dayton, OH 45402** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,606,043.95** |
|---|---|---|

| Debtor | **Dayton Hotels 2, LLC** | Case number (*if known*) | **2:25-bk-52719** |
|---|---|---|---|
| | Name | | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Dayton Hotels 2, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:25-bk-52719**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Englewood**<br>**333 West National Road**<br>**Englewood, OH 45322** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,203.35 | $9,203.35 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Montgomery County Board of**<br>**Commissioners**<br>**451 W. Third Street, 11th Floor**<br>**Dayton, OH 45422** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,356.08 | $5,356.08 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**May Lodging Taxes** |  |  |
|  | Last 4 digits of account number **6123**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Debtor | **Dayton Hotels 2, LLC** | | Case number (if known) | **2:25-bk-52719** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,710.34 | $3,710.34 |
|---|---|---|---|---|

**Montgomery County Board of Commissioners**
P.O. Box 972
Dayton, OH 45422-1317

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**June Lodging Taxes**

Last 4 digits of account number **6123**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,710.34 | $3,710.34 |
|---|---|---|---|---|

**Montgomery County Convention Facilities**
22 E. Fifth Street
Dayton, OH 45402

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**June Lodging Taxes**

Last 4 digits of account number **6123**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,356.08 | $5,356.08 |
|---|---|---|---|---|

**Montgomery County Convention Facilities**
22 East 5th Street
Dayton, OH 45402

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**May Lodging Taxes**

Last 4 digits of account number **6123**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,381.59 | $9,381.59 |
|---|---|---|---|---|

**Ohio Department of Taxation**
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**June Sales Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Dayton Hotels 2, LLC** | | Case number (if known) | **2:25-bk-52719** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abhijit Vasani**
**5955 Dublin Granville Road**
**New Albany, OH 43054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,095.85** |
|---|---|---|---|

**AES Ohio**
**P.O. Box 2631**
**Dayton, OH 45401-2631**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.89** |
|---|---|---|---|

**Berry's Lawn and Landscape**
**8311 N Main Street**
**Dayton, OH 45415**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landscaping services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Best Western International, Inc.**
**P.O. Box 842700**
**Los Angeles, CA 90084-2700**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Franchise Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$471.68** |
|---|---|---|---|

**Booking.com**
**5295 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,034.76** |
|---|---|---|---|

**Centerpoint Energy**
**P.O. Box 6262**
**Indianapolis, IN 46206-6262**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,778.68** |
|---|---|---|---|

**Charter Communications**
**P.O. Box 6030**
**Carol Stream, IL 60197-6030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dayton Hotels 2, LLC** | | Case number (if known) | **2:25-bk-52719** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Days Inn Worldwide** | ☐ Contingent | |
| | **22 Sylvan Way** | ☐ Unliquidated | |
| | **Parsippany, NJ 07054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Franchise fees | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53.75** |
|---|---|---|---|
| | **Ecopro Termite and Pest Control** | ☐ Contingent | |
| | **P.O. Box 458** | ☐ Unliquidated | |
| | **Yellow Springs, OH 45387** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$779.47** |
|---|---|---|---|
| | **Expedia.com** | ☐ Contingent | |
| | **P.O. Box 844120** | ☐ Unliquidated | |
| | **Dallas, TX 75284** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,700.33** |
|---|---|---|---|
| | **Gordon Food Service** | ☐ Contingent | |
| | **P.O. Box 88029** | ☐ Unliquidated | |
| | **Chicago, IL 60680** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,075.41** |
|---|---|---|---|
| | **HD Supply** | ☐ Contingent | |
| | **P.O. Box 509053** | ☐ Unliquidated | |
| | **San Diego, CA 92150** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191.00** |
|---|---|---|---|
| | **Hotel Coupons** | ☐ Contingent | |
| | **P.O. Box 788** | ☐ Unliquidated | |
| | **Shelbyville, KY 40066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Innvite Hospitality Group, LLC** | ☐ Contingent | |
| | **5955 East Dublin Granville Road** | ☐ Unliquidated | |
| | **New Albany, OH 43054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Dayton Hotels 2, LLC** | Case number (if known) | **2:25-bk-52719** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**Itria Ventures, LLC**
**1 Penn Plaza, Suite 3101**
**New York, NY 10119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Potential alleged co-debtor liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address
**Janus Hotel Management Service, LLC**
**6001 Rockside Road**
**Independence, OH 44131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address
**Merchant Services**
**7300 Chapman Highway**
**Knoxville, TN 37920**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card Processing Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address
**Merrell Plumbing**
**38 Marco Lane**
**Dayton, OH 45458**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                **$364.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address
**Ohio Attorney General**
**Attn: Bankruptcy Unit**
**150 East Gay Street, 21st Floor**
**Columbus, OH 43215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
**Ohio Attorney General**
**P.O. Box 89471**
**Cleveland, OH 44101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                **$83.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
**Ohio Bureau of Wokrers' Compensation**
**Attn: Law Section Bankruptcy Unit**
**P.O. Box 15567**
**Columbus, OH 43215-0567**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential unknown claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dayton Hotels 2, LLC** | Case number (if known) | **2:25-bk-52719** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ohio Dept. of Job and Family Services**
**Revenue Recovery - Ligitgation**
**P.O. Box 182404**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential unknown claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ohio Secretary of State**
**180 E Broad Street**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$621.31** |
|---|---|---|---|

**Otis Elevator**
**321 S. Main Street**
**Dayton, OH 45402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.51** |
|---|---|---|---|

**Rumpke**
**1932 E Monument Ave**
**Dayton, OH 45402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Securities and Exchange Commission**
**175 West Jackson Blvd**
**Suite 900**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shift 4 Payments**
**2202 N Irving Street**
**Allentown, PA 18109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card Processing Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,422.00** |
|---|---|---|---|

**Site Search, LLC**
**55 Buttercupt Court**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dayton Hotels 2, LLC** | Case number (if known) | **2:25-bk-52719** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Attorney -- Columbus**
**303 Marconi Blvd, #200**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Attorney General**
**Main Justice Building Rm 5111**
**10th & Constitution Ave. N.W.**
**Washington, DC 20530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,921.78 |
|---|---|---|---|

**U.S. Foods, Inc.**
**98761 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**U.S. Small Business Administration**
**200 W. Santa Boulevard, Suite 740**
**Santa Ana, CA 92701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Potential alleged co-debtor liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S. Attorney -- Columbus**<br>**303 Marconi Blvd, #200**<br>**Columbus, OH 43215** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Attorney General**<br>**Main Justice Building Rm 5111**<br>**10th & Constitution Ave. N.W.**<br>**Washington, DC 20530** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 36,717.78 |
| 5b. Total claims from Part 2 | 5b. + | $ | 28,328.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 65,046.27 |

**Fill in this information to identify the case:**

Debtor name   **Dayton Hotels 2, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:25-bk-52719**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases               12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Franchise agreement. Receiver and Days Inn assert the agreement is directly between Receiver and Days Inn.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Days Inn Worldwide, Inc.**<br>**22 Sylvan Way**<br>**Parsippany, NJ 07054** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Management Contract in place prior to Receivership**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Innvite Hospitality Group, LLC**<br>**5955 East Dublin Granville Road**<br>**New Albany, OH 43054** |

**Fill in this information to identify the case:**

Debtor name    **Dayton Hotels 2, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:25-bk-52719**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Abhijit Vasani** | **5955 Dublin Granville Road** <br> **New Albany, OH 43054** | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D    **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Abhijit Vasani** | **5955 E. Dublin Granville Road** <br> **New Albany, OH 43054** | **Itria Ventures, LLC** | ☐ D _____ <br> ■ E/F    **3.15** <br> ☐ G _____ |
| 2.3 | **Abhijit Vasani** | **5955 E. Dublin Granville Road** <br> **New Albany, OH 43054** | **U.S. Small Business Administration** | ☐ D _____ <br> ■ E/F    **3.32** <br> ☐ G _____ |
| 2.4 | **Abhijit Vasani** | **5955 E. Dublin Granville Road** <br> **New Albany, OH 43054** | **U.S. Foods, Inc.** | ☐ D _____ <br> ■ E/F    **3.31** <br> ☐ G _____ |
| 2.5 | **Bhavna Vasani** | **5955 E. Dublin Granville Road** <br> **New Albany, OH 43054** | **Itria Ventures, LLC** | ☐ D _____ <br> ■ E/F    **3.15** <br> ☐ G _____ |

| Debtor | **Dayton Hotels 2, LLC** | Case number *(if known)* | **2:25-bk-52719** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Buckeye Lodging, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F  __3.15__<br>☐ G _____ |
| 2.7 | **Dayton Hotels, LLC** | P.O. Box 773<br>New Albany, OH 43054 | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Elite Hospitality, LLC** | P.O. Box 773<br>New Albany, OH 43054 | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Elite Hospitality, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F  __3.15__<br>☐ G _____ |
| 2.10 | **Hilliard Hotels, LLC** | P.O. Box 773<br>New Albany, OH 43054 | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Hilliard Hotels, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F  __3.15__<br>☐ G _____ |
| 2.12 | **Innvite Hospitality, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F  __3.15__<br>☐ G _____ |
| 2.13 | **Lancaster Hospitality, LLC** | 5955 E. Dublin Granville Road<br>New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D _____<br>■ E/F  __3.15__<br>☐ G _____ |

| Debtor | **Dayton Hotels 2, LLC** | Case number *(if known)* | **2:25-bk-52719** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Oak Hills Hotels, LLC** | 5955 E. Dublin Granville Road New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.15 | **S&G Hospitality, Inc.** | 5955 E. Dublin Granville Road New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.16 | **SMV Hotels, Inc.** | 5955 E. Dublin Granville Road New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.17 | **Sunburst Hotels, LLC** | 5955 E. Dublin Granville Road New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.18 | **Synergy Hotels, LLC** | 5955 E. Dublin Granville Road New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.19 | **Tehrah Hospitality, LLC** | 5955 E. Dublin Granville Road New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.20 | **Welcome Group 2, LLC** | P.O. Box 773 New Albany, OH 43054 | **RSS WFCM2019-C50-OH WG2, LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **Welcome Group 2, LLC** | 5955 E. Dublin Granville Road New Albany, OH 43054 | **Itria Ventures, LLC** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |

---

Debtor    **Dayton Hotels 2, LLC**                                    Case number *(if known)*    **2:25-bk-52719**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Dayton Hotels 2, LLC** |
| United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO |
| Case number (if known)  **2:25-bk-52719** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other   **Total Room Revenue** | $734,316.46 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **Total Room Revenue** | $1,191,471.58 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Total Room Revenue**<br>**Pre Recievership** | $686,841.77 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Total Room Revenue**<br>**Post Recievership** | $27,551.46 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Dayton Hotels 2, LLC** | Case number *(if known)* **2:25-bk-52719** |
|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **AES Ohio**<br>**P.O. Box 2631**<br>**Dayton, OH 45401-2631** | **Monthly** | **$23,550.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Allphase Restoration**<br>**7719 Graphics Way**<br>**Suite E**<br>**Lewis Center, OH 43035** | **5/20/2025-5/2**<br>**7/2025** | **$11,538.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Booking.com B.V**<br>**5295 Payshere Circle**<br>**Chicago, IL 60674-5295** | **Various**<br>**dates, last**<br>**payment**<br>**6/16/2025** | **$16,809.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Charter Communications**<br>**P.O. Box 6030**<br>**Carol Stream, IL 60197-6030** | **April 2025** | **$14,751.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **County Treasurer**<br>**Montgomery County Hotel-Motel Tax**<br>**Dept.**<br>**P.O. Box 972**<br>**Dayton, OH 45422-1038** | **Various**<br>**dates, last**<br>**payment**<br>**5/14/2025** | **$8,672.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Days Inn Worldwide, Inc.**<br>**15009 Collections Center Drive**<br>**Chicago, IL 60693** | **Various**<br>**dates, last**<br>**payment**<br>**6/16/2025** | **$56,643.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Expedia.com**<br>**P.O. Box 844120**<br>**Dallas, TX 75284** | **Various**<br>**dates, last**<br>**payment**<br>**June 18,**<br>**2025** | **$10,026.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **First Insurance Funding**<br>**P.O. Box 7000**<br>**Carol Stream, IL 60197-7000** | **Monthly** | **$15,311.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Dayton Hotels 2, LLC** | | Case number *(if known)* | **2:25-bk-52719** |
| --- | --- | --- | --- | --- |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.9. | **Gordon Food Servicem Inc.**<br>**P.O. Box 88029**<br>**Chicago, IL 60680-1029** | **Various dates, last payment 6/20/2025** | **$22,314.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **HD Supply**<br>**P.O. Box 509053**<br>**San Diego, CA 92150** | **March, April 2025** | **$15,548.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | **Janus Hotel Management Services, Inc.**<br>**2300 Corporate Blvd NW**<br>**Suite 232**<br>**Boca Raton, FL 33431** | **Various dates, last payment 6/20/2025** | **$23,717.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

| Debtor | **Dayton Hotels 2, LLC** | | | Case number *(if known)* **2:25-bk-52719** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Itria Ventures, LLC v Welcome Group 2, LLC et al.**<br>**65027-2023** | **Civil** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **RSS WFCM2019-C50-OH WG2, LLC v Welcome Group 2, LLC, et. al.**<br>**2021CV05237** | **Foreclosure** | **Montgomery County Common Pleas**<br>**41 N Perry Street**<br>**Dayton, OH 45402** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.3. | **RSS WFCM2019-C50-OH W2G, LLC v Welcome Group 2, LLC, et al.**<br>**CA029655** | **Appeal** | **Second District Court of Appeals**<br>**41 N Perry Street, 5th Floor**<br>**Dayton, OH 45402** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **RSS WFCM2019-C50-OH W2G, LLC v Welcome Group 2, LLC, et al.**<br>**CA 029869** | **Appeal** | **Second District Court of Appeals**<br>**41 N Perry Street, 5th Floor**<br>**Dayton, OH 45402** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **RSS WFCM2019-C50-OH W2G, LLC v Welcome Group 2, LLC, et al.**<br>**2023-0545** | **Appeal** | **Supreme Court of Ohio**<br>**65 S. Front Street, 8th Floor**<br>**Columbus, OH 43215** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Annette Bell v Best Western, et al.**<br>**2025CV03113** | | **Montgomery County Common Pleas**<br>**41 N Perry Street**<br>**Dayton, OH 45402** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **RSS WFCM2019-C50-OH WG2, LLC**<br>**200 South Biscayne Blvd., Suite 3550**<br>**Miami, FL 33131** | **Hotel at Dayton North** | **Unknown** |
| | **Case title**<br>**RSS WFCM 2019-C50-OH WG2, LLC v Welcome** | **Court name and address**<br>**Montgomery County Common Pleas Court** |
| | **Case number**<br>**2021CV05237** | **41 N. Perry Street** |
| | **Date of order or assignment**<br>**August 4, 2023** | **Dayton, OH 45402** |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Dayton Hotels 2, LLC**                                    Case number *(if known)* **2:25-bk-52719**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Thomsen Law Group, LLC 140 North Main Street, Suite A Springboro, OH 45066** | **Attorney Fees Paid by Innvite Hospitality, LLC as more fully set forth in the Application to Employ Thomsen Law Group, LLC filed herein (Doc. 39)** | **January 2025** | **$53,476.00** |
| Email or website address **dblasius@ihtlaw.com** | | | |
| Who made the payment, if not debtor? **Innvite Hospitality, LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **Dayton Hotels, LLC P.O. Box 773 New Albany, OH 43054** | **$20,000.00** | **6/21/23** | **$20,000.00** |
| Relationship to debtor | | | |

Debtor   **Dayton Hotels 2, LLC**                                    Case number *(if known)* **2:25-bk-52719**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | **Dayton Hotels, LLC<br>P.O. Box 773<br>New Albany, OH 43054** | **$4,500.00** | **7/17/23** | **$4,500.00** |
| | Relationship to debtor | | | |
| 13.3<br>. | **Dayton Hotels, LLC<br>P.O. Box 773<br>New Albany, OH 43054** | **$16,334.34** | **10/6/23** | **$16,334.34** |
| | Relationship to debtor | | | |
| 13.4<br>. | **Dayton Hotels, LLC<br>P.O. Box 773<br>New Albany, OH 43054** | **$6,840.36** | **7/5/24** | **$6,840.36** |
| | Relationship to debtor | | | |
| 13.5<br>. | **InnVite Opco, Inc.<br>P.O. Box 773<br>New Albany, OH 43054** | **$2,200.00** | **8/15/23** | **$2,200.00** |
| | Relationship to debtor | | | |
| 13.6<br>. | **InnVite Opco, Inc.<br>P.O. Box 773<br>New Albany, OH 43054** | **$111,000.00** | **7/18/23** | **$111,000.00** |
| | Relationship to debtor | | | |
| 13.7<br>. | **Dayton Hotels, LLC<br>P.O. Box 773<br>New Albany, OH 43054** | **$250,000** | **6/30/23** | **$250,000.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                 page **6**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Dayton Hotels 2, LLC** | Case number (if known) | **2:25-bk-52719** |
|---|---|---|---|

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Debtor | **Dayton Hotels 2, LLC** | Case number *(if known)* | **2:25-bk-52719** |
|---|---|---|---|

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Janus Hotels**<br>**6001 Rockside Road**<br>**Independence, OH 44131** | **August 2023 to June 2025** |
| 26a.2. | **Contemporary Business Solutions**<br>**3791 Attucks Dr.**<br>**Powell, OH 43065** | **Ongoing** |

| Debtor | **Dayton Hotels 2, LLC** | Case number *(if known)* **2:25-bk-52719** |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Janus Hotels**<br>**6001 Rockside Road**<br>**Independence, OH 44131** | |
| 26c.2. | **Contemporary Business Solutions**<br>**3791 Attucks Dr.**<br>**Powell, OH 43065** | **Some records are in possession of the Receiver** |
| 26c.3. | **Abhijit Vasani**<br>**5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Some records are in possession of the Receiver** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Abhijit Vasani** | **5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **President** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bhavna Vasani** | **5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Vice President** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **InnVite Opco, Inc.** | **5955 E. Dublin Granville Road**<br>**New Albany, OH 43054** | **Managing Member** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Janus Hotel Management Service, LLC** | **6001 Rockside Road**<br>**Independence, OH 44131** | **Receiever** | **0** |

| Debtor | **Dayton Hotels 2, LLC** | Case number *(if known)* | **2:25-bk-52719** |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 18, 2025**

**/s/ Abhijit Vasani**                                            **Abhijit Vasani**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor      **President, InnVite Opco, Inc., sole member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Dayton Hotels 2, LLC** _____   Case No.   **2:25-bk-52719** _____
_____ Debtor(s)   Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...............................   $ _____**53,476.00**

    Prior to the filing of this statement I have received .....................   $ _____**53,476.00**

    Balance Due ..........................................................   $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):   **Attorney Fees**
    **Paid by Innvite Hospitality, LLC as more fully set forth in the Application to**
    **Employ Thomsen Law Group, LLC filed herein (Doc. 39)**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Seperate fee agreement to be filed with the Court

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of**
        **reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC**
        **522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or**
    **any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 18, 2025** _____       **/s/ Denis E. Blasius** _____
_Date_                                            **Denis E. Blasius 0082617**
                                                  _Signature of Attorney_
                                                  **Thomsen Law Group, LLC**
                                                  **140 North Main Street, Suite A**
                                                  **Springboro, OH 45066**
                                                  **937-748-5001  Fax: 937-404-6630**
                                                  **dblasius@ihtlaw.com** _____
                                                  _Name of law firm_

---